JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS COMPENSATION TRUST, | Case No.: 2:19-CV-06921-DSF-KS<br><br>ASSIGNED TO THE HONORABLE DALE S. FISCHER<br><br>**JUDGMENT** |

         Plaintiffs,

    v.

SHARP'S BACKHOE SERVICE, INC.,
a California corporation,

         Defendant.

1444575

This action having been commenced on August 8, 2019, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, Southern California Partnership for Jobs Fund, and Operating Engineers Workers Compensation Trust, shall recover from Defendant, Sharp's Backhoe Service, Inc., a California corporation, the principal amount of $56,763.92, together with post-judgment interest at the rate of 8% per annum from February 1, 2020, until the judgment is paid in full.

DATED:  May 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1444575